J. Randolph Pickett, OSB No. 721974
randy@pdw.legal
Kimberly O. Weingart, OSB #091407
kim@pdw.legal
Kyle T. Sharp, OSB #204886
kyle@pdw.legal
Mayra A. Ledesma, OSB #183942
mayra@pdw.legal
**PICKETT DUMMIGAN WEINGART** LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
Telephone: (503) 226-3628

Lourdes Sánchez-Marte, OSB #974795
lourdes@oregonabogada.com
Apolinar Montero-Sánchez, OSB #181872
apolinar@oregonabogada.com
**THE LAW OFFICE OF LOURDES SÁNCHEZ PC**
630 Lincoln Street
Eugene, OR  97401
Telephone: (541) 349-8110

of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BENJAMIN VEGA DE JESUS**,<br><br>Plaintiff,<br><br>v.<br><br>**THE RAYMOND CORPORATION**, a Foreign Corporation; **RAYMOND HANDLING CONCEPTS CORPORATION**, a Foreign Corporation; **SYSCO CORPORATION**, a Foreign Corporation; and **CONTINENTAL FOOD SERVICE CO.**,<br><br>Defendants. | Case No. 3:23-cv-01666-YY<br><br>**JOINT MOTION FOR ORDER FOR EXTENSION OF DISCOVERY & PRETRIAL DEADLINES** |

**LR 7-1 CERTIFICATION**

The undersigned counsel certifies that the parties conferred in good faith prior to filing this motion and agree on the new deadlines proposed below. This Motion is therefore unopposed.

Page 1 – JOINT MOTION FOR ORDER FOR EXTENSION OF DISCOVERY & PRETRIAL DEADLINES

**LAW OFFICES OF LOURDES SANCHEZ** PC
630 Lincoln Street
Eugene, OR 97401
(541) 349-8110

**PICKETT DUMMIGAN WEINGART** LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

# MOTION

After conferring with all counsel regarding the status of discovery, which includes completion of fact witness discovery and disclosure of expert witnesses, the parties respectfully move the Court for an Order extending discovery and pretrial deadlines in this case, by approximately 180 days. Where the new proposed deadlines fall on a weekend, those requested dates are moved to the next judicial day accordingly. The current and proposed deadlines are as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Fact Discovery Deadline | **November 3, 2025** | **May 4, 2026** |
| Plaintiff's Expert Disclosures | **December 8, 2025** | **June 8, 2026** |
| Defendants' Rebuttal Expert Disclosures | **January 8, 2026** | **July 7, 2026** |
| Plaintiff's Rebuttal Expert Disclosures | **January 22, 2026** | **July 21, 2026** |
| Deadline to File Motions Re: Expert Discovery | **February 2, 2026** | **August 3, 2026** |
| Expert Discovery Completion Deadline | **February 16, 2026** | **August 17, 2026** |
| Dispositive Motion Deadline | **March 26, 2026** | **September 22, 2026** |
| Joint ADR Report Deadline | **March 26, 2026** | **September 22, 2026** |

This motion is made in good faith and not for the purposes of delay. This is the third request for an extension of the discovery and pretrial deadlines. Trial is not presently scheduled.

Page 2 – JOINT MOTION FOR ORDER FOR EXTENSION OF DISCOVERY & PRETRIAL DEADLINES

**LAW OFFICES OF LOURDES SANCHEZ PC**
630 Lincoln Street
Eugene, OR 97401
(541) 349-8110

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

The parties have been working cooperatively on discovery. The parties have exchanged written discovery and conducted an inspections of the incident scene. The parties have taken the deposition of the Rule 30(b)(6) representative for defendant The Raymon Corporation, and are actively conferring on scheduling numerous remaining depositions, including Rule 30(b)(6) witnesses for the remaining defendants, fact witnesses, and plaintiff. The parties conferred and concluded that additional time was needed to complete the discovery process.

For these reasons, there is good cause to grant the parties' request to modify the Court's scheduling order, as specified in the motion.

DATED this 21st day of November 2025.

IT IS SO STIPULATED:

| | |
|---|---|
| By: _s/ Raymond Jamieson_<br>Raymond Jamieson<br>QUARLES & BRADY LLP<br><br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br><br>GORDON REES SCULLY<br>MANSUKHANI LLP<br><br>of Attorneys for Defendants The Raymond Corporation and Raymond Handling Concepts Corporation | By: _s/ J. Randolph Pickett_<br>J. Randolph Pickett<br>PICKETT DUMMIGAN WEINGART LLP<br><br>THE LAW OFFICE OF LOURDES SÁNCHEZ PC<br><br>Of Attorneys for Plaintiff |
| By: _s/ Jeffrey Hansen_<br>Jeffrey Hansen<br>CHOCK BARHOUM LLP<br><br>of Attorneys for Defendants Sysco Corporation and Continental Food Service Co. | |

Page 3 – JOINT MOTION FOR ORDER FOR EXTENSION OF DISCOVERY & PRETRIAL DEADLINES

**LAW OFFICES OF LOURDES SANCHEZ** PC
630 Lincoln Street
Eugene, OR 97401
(541) 349-8110

**PICKETT DUMMIGAN WEINGART** LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628